AMERICAN FINANCIAL SERVICES ASSOCIATION, NEVADA CREDIT UNION LEAGUE, and NEVADA BANKERS ASSOCATION,

        Plaintiff,

v.

MARY YOUNG, in her official capacity as Commissioner of the Financial Institutions Division of the Nevada Department of Business and Industry, and AARON FORD, in his official capacity as Nevada Attorney General,

        Defendants.

Case No. 2:19-CV-01708-APG-EJY

**ORDER**

Before the Court is the parties Stipulation to Extend Time to Respond (ECF No. 8). The Stipulation, which addresses a pending preliminary injunction, seeks an extension of 21 days to November 12, 2019. However, no reason for this extension was provided.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation to Extend Time to Respond is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the extension of time to respond to the Complaint is GRANTED.

IT IS FURTHER ORDERED that the parties' request for an extension of time to respond to Plaintiff's Motion for Preliminary Injunction is DENIED.  The parties are directed to submit a revised request or stipulation providing the basis for the request and how it impacts the pending preliminary injunction.

DATED:  October 22, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE