AARON D. FORD
  Attorney General
VIVIENNE RAKOWSKY (Bar No. 9160)
  Deputy Attorney General
DAVID J. POPE (Bar No. 8617)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
vrakowsky@ag.nv.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN FINANCIAL SERVICES ASSOCIATION & NEVADA CREDIT UNION LEAGUE, & NEVADA BANKERS ASSOCIATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARY YOUNG, in her official capacity as Commissioner of the Financial Institutions Division of the Nevada Department of Business & Industry, AARON FORD, in his official capacity as Nevada Attorney General,<br><br>    Defendants. | Case No. 2:19-cv-01708-APG-EJY<br><br>**REVISED STIPULATION TO EXTEND TIME TO RESPOND** |

    Defendants, Mary Young and Aaron Ford, by and through counsel, Aaron D. Ford, Nevada Attorney General, David J. Pope, Chief Deputy Attorney General, and Vivienne Rakowsky, Deputy Attorney General, and Plaintiffs, American Financial Services Association, Nevada Credit Union League & Nevada Bankers Association by and through their counsel, Alex L. Fugazzi of Snell & Wilmer, L.L.P. hereby Stipulate as follows:

    Defendants' counsel contend that the copy of the Motion for Preliminary Injunction sent to the Attorney General's Office was not received via the mail (and

1

that a copy was not received until the afternoon of October 15, 2019 from the Financial Institutions Division) notwithstanding Plaintiffs' contention that the motion was timely and properly served. Given this discrepancy, instead of engaging in motion practice on the issue, the parties thought it most efficient to agree on a reasonable amount of time to respond and reply to the Motion for Preliminary Injunction. Avoiding such motion practice will allow the parties to focus on the Motion for Preliminary Injunction and submit more timely briefing with regard thereto in accordance with the deadlines set forth below. Based thereon, the parties submit this revised stipulation.

Defendants' time to respond to the Request for Preliminary Injunction will be extended to November 12, 2019; and

Plaintiff's' time to Reply in Support of Request for Preliminary Injunction will be extended to December 2, 2019.

| | |
|---|---|
| AARON D. FORD<br>Nevada Attorney General | SNELL & WILMER, L.L.P. |
| By: /s/ Vivienne Rakowsky<br>   VIVIENNE RAKOWSKY (Bar No. 9160)<br>   Deputy Attorney General<br>   DAVID J. POPE (Bar No. 8617)<br>   Chief Deputy Attorney General<br>   555 E. Washington Ave., Ste. 3900<br>   Las Vegas, NV 89101<br>   *Attorneys for Defendants* | By:/s/ Alex L. Fugazi<br>   ALEX L. FUGAZZI (Bar No. 9022)<br>   3883 Howard Hughes Pkwy.<br>   Ste. 1100<br>   Las Vegas, NV 89169<br>   *Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2019