AARON D. FORD
  Attorney General
VIVIENNE RAKOWSKY (Bar No. 9160)
  Deputy Attorney General
DAVID J. POPE (Bar No. 8617)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
vrakowsky@ag.nv.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FINANCIAL SERVICES ASSOCIATION & NEVADA CREDIT UNION LEAGUE, & NEVADA BANKERS ASSOCIATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARY YOUNG, in her official capacity as Commissioner of the Financial Institutions Division of the Nevada Department of Business & Industry, AARON FORD, in his official capacity as Nevada Attorney General,<br><br>    Defendants. | Case No. 2:19-cv-01708-APG-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Defendants, Mary Young and Aaron Ford, by and through counsel, Aaron D. Ford, Nevada Attorney General, David J. Pope, Chief Deputy Attorney General, and Vivienne Rakowsky, Deputy Attorney General, and Plaintiffs, American Financial Services Association, Nevada Credit Union League & Nevada Bankers Association by and through their counsel, Alex L. Fugazzi of Snell & Wilmer, L.L.P. hereby Stipulate as follows:

Defendants' deadline to submit a Reply in support of their Motion to Dismiss is currently November 29, 2019. Defendants require additional time to prepare the

1

Reply in light of the Thanksgiving holiday.

State Defendants' time to Reply in Support of Motion to Dismiss (ECF No. 13) will be extended to December 6, 2019;

This is the first stipulation for extension of time for Defendants to file their Reply.

Dated this 26th day of November, 2019.

| | |
|---|---|
| AARON D. FORD<br>Nevada Attorney General | SNELL & WILMER, L.L.P. |
| By: /s/ Vivienne Rakowsky<br>   VIVIENNE RAKOWSKY (Bar No. 9160)<br>   Deputy Attorney General<br>   DAVID J. POPE (Bar No. 8617)<br>   Chief Deputy Attorney General<br>   555 E. Washington Ave., Ste. 3900<br>   Las Vegas, NV 89101<br>   *Attorneys for Defendants* | By:/s/ Michael Paretti<br>   ALEX L. FUGAZZI (Bar No. 9022)<br>   MICHAEL PARETTI(Bar No.13926)<br>   3883 Howard Hughes Pkwy, #1100<br>   Las Vegas, NV 89169<br>   *Attorneys for Plaintiffs* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 27, 2019.