| | |
|---|---|
| 1 | ALEX L. FUGAZZI (Nevada Bar No. 9022) |
| | afugazzi@swlaw.com |
| 2 | ANDREW M. JACOBS (Nevada Bar No. 12787) |
| | ajacobs@swlaw.com |
| 3 | SNELL & WILMER LLP |
| | Hughes Center, 3883 Howard Hughes Parkway, Suite 1100 |
| 4 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 784-5200 |
| 5 | Facsimile: (702)784-5252 |
| 6 | MARK J. KENNEY (*admitted pro hac vice*) |
| | mjk@severson.com |
| 7 | KERRY W. FRANICH (Nevada Bar No. 11128) |
| | kwf@severson.com |
| 8 | SEVERSON & WERSON, P.C. |
| | One Embarcadero Center, Suite 2600 |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 398-3344 |
| 10 | Facsimile: (415) 956-0439 |
| 11 | Attorneys for Plaintiffs |
| | American Financial Services Association, |
| 12 | Nevada Credit Union League, |
| | & Nevada Bankers Association |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FINANCIAL SERVICES ASSOCIATION, NEVADA CREDIT UNION LEAGUE, & NEVADA BANKERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDY O'LAUGHLIN, in her official capacity as Commissioner of the Financial Institutions Division of the Nevada Department of Business and Industry, & AARON FORD, in his official capacity as Nevada Attorney General,<br><br>Defendants. | Case No. 2:19-cv-01708-APG-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiffs American Financial Services Association, Nevada Credit Union League & Nevada Bankers Association, by and through their counsel, Alex L. Fugazzi of Snell & Wilmer, L.L.P. and Defendants, Mary Young and Aaron Ford, by and through counsel, Aaron D. Ford, Nevada Attorney General, David J. Pope, Chief Deputy Attorney General, and Vivienne Rakowsky, Deputy Attorney General, hereby Stipulate as follows:

Plaintiffs' present deadline to file a First Amended Complaint is January 29, 2020. Plaintiffs request a two-week extension of time to file the First Amended Complaint so that plaintiffs can finish consulting with their respective members and thereafter finalize the First Amended Complaint.

Plaintiffs' deadline to file a First Amended Complaint (ECF No. 29) will be extended to February 12, 2020;

This is the first stipulation for extension of time for Plaintiffs to file their First Amended Complaint.

DATED this 23rd day of January, 2020

AARON D. FORD
Nevada Attorney General


By    */s/ Vivienne Rakowsky*
VIVIENNE RAKOWSKY
Nevada Bar No. 9160
Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

Attorneys for *Defendants*

DATED this 23rd day of January, 2020

SNELL & WILMER L.L.P.


By  */s/ Alex Fugazzi*
ALEX FUGAZZI
Nevada Bar No. 9022
3883 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169

Attorneys for *Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

DATED:  January 24, 2020

**UNITED STATES MAGISTRATE JUDGE**