AARON D. FORD
  Attorney General
VIVIENNE RAKOWSKY (Bar No. 9160)
  Deputy Attorney General
DAVID J. POPE (Bar No. 8617)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103
(702) 486-3416 (fax)
vrakowsky@ag.nv.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FINANCIAL SERVICES ASSOCIATION & NEVADA CREDIT UNION LEAGUE, & NEVADA BANKERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDY O'LAUGHLIN, in her official capacity as Commissioner of the Financial Institutions Division of the Nevada Department of Business & Industry, AARON FORD, in his official capacity as Nevada Attorney General,<br><br>Defendants. | Case No. 2:19-cv-01708-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR STATE DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Defendants, Sandy O'Laughlin and Aaron Ford, by and through counsel, Aaron D. Ford, Nevada Attorney General, David J. Pope, Chief Deputy Attorney General, and Vivienne Rakowsky, Deputy Attorney General, and Plaintiffs, American Financial Services Association, Nevada Credit Union League & Nevada Bankers Association by and through their counsel, Alex L. Fugazzi of Snell & Wilmer, L.L.P. hereby Stipulate as follows:

The time for State Defendants to Respond to Plaintiff's First Amended

1

Complaint shall be extended from March 11, 2020 to March 25, 2020.

| | |
|---|---|
| AARON D. FORD<br>Nevada Attorney General | SNELL & WILMER, L.L.P. |
| By: /s/ Vivienne Rakowsky<br>   VIVIENNE RAKOWSKY (Bar No. 9160)<br>   Deputy Attorney General<br>   DAVID J. POPE (Bar No. 8617)<br>   Chief Deputy Attorney General<br>   555 E. Washington Ave., Ste. 3900<br>   Las Vegas, NV 89101<br>   *Attorneys for Defendants* | By: /s/ Alex L. Fugazzi<br>   ALEX L. FUGAZZI (Bar No. 9022)<br>   MICHAEL PARETTI (Bar No. 13926)<br>   3883 Howard Hughes Pkwy, 1100<br>   Las Vegas, NV 89169<br>   *Attorneys for Plaintiffs* |

## ORDER

       **IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

       **DATED:  February 24, 2020**